# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE H. HOUSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JESSICA DAGNAN, et al., <br><br> Defendants. | CASE NO. 5:17-cv-01085-DSF (SK) <br><br> **JUDGMENT** |

**IT IS ADJUDGED** that the Second Amended Complaint is dismissed without leave to amend, and this action is dismissed with prejudice.

DATED: 12/27/17

_____
HON. DALE S. FISCHER
U.S. DISTRICT JUDGE